BRIAN F. ROWE, CA Bar No. 168792
Corporate Legal Department
BLUE CROSS OF CALIFORNIA
21555 Oxnard Street - First Floor
Woodland Hills, California 91367
Telephone: (818) 234-2823
Fax: (818) 234-4505

Attorneys for Defendant/Appellant
BC LIFE & HEALTH INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN TOMPKINS AND AMY TOMPKINS, | CASE NO. CV 04-08294 FMC (RZX) |
| Plaintiffs/Appellees, | **NOTICE OF APPEAL** |
| v. | |
| BC LIFE AND HEALTH INSURANCE COMPANY, et al. | |
| Defendant/Appellant. | |

Notice is hereby given that BC Life & Health Insurance Company, defendant in the above named case, hereby appeals to the United States Court of Appeals for the 9th Circuit from the Judgment of the District Court entered in this action on the 18th day OF January, 2006.

DATED: February 16, 2006

Legal Department
BLUE CROSS OF CALIFORNIA

/s/ BRIAN F. ROWE
Senior Counsel
Attorneys for Defendant/Appellant
BC LIFE & HEALTH INSURANCE COMPANY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE, MOST RECENT, ADDRESS OF RECORD, IN THIS ACTION, ON THIS DATE.

DATED: FEB 23 2006
C. Brizuela
DEPUTY CLERK

DOCKETED ON CM
FEB 22 2006

1

NOTICE OF APPEAL  N:\LEGAL\WPWIN\LIT\LLC\1202\NOTAPP.FLD

<u>**PROOF OF SERVICE**</u>

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I, Shelley Brinkman, am over the age of eighteen years and not a party to the within entitled action; my business address is 21555 Oxnard Street, First Floor, Woodland Hills, CA 91367.

On February 17, 2006, I served the foregoing document(s) described as **NOTICE OF APPEAL** on interested party(ies) in said action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Glen R. Kantor
Lisa Kantor
KANTOR & KANTOR, LLP
17216 Parthenia Street
Northridge, CA 91325
Phone: (818) 886-2525
Fax: (818) 350-6272
**Attorneys for Plaintiffs
Steven and Amy Tomkins**

__X__ **(BY MAIL)** I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Blue Cross, INC., Woodland Hills, California. I am readily familiar with Blue Cross of California's practice for collection and processing of correspondence for mailing with the United States Postal Services, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Services the same day as it is placed for collection.

_____ **(BY FACSIMILE)** I caused to be transmitted by facsimile machine (number of sending facsimile machine is (818) 348-3546 at the time stated on the attached transmission report(s) by sending the document(s) to the addressee(s) shown above.

**X ( FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 17, 2006, at Woodland Hills, California.

*Shelley Brinkman*
SHELLEY BRINKMAN

1